UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-62002-CIV-ZLOCH


NOAM KOHL,

         Plaintiff,                      **FINAL ORDER OF DISMISSAL**

vs.

ENHANCED RECOVERY COMPANY, LLC,

         Defendant.
_____/

     THIS MATTER is before the Court upon Plaintiff Noam Kohl's Notice Of Voluntary Dismissal With Prejudice (DE 4).  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. Plaintiff Noam Kohl's Notice Of Voluntary Dismissal With Prejudice (DE 4) be and the same is hereby approved, adopted and ratified by the Court;

     2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

     3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   13th   day of December, 2010.


                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

All Counsel of Record